PROB 12C
(7/93)

RECEIVED

APR 2 1 2008

CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

# United States District Court

## for the

# District of Alaska

### SUPPLEMENTAL Petition for Warrant or Summons for Offender Under Supervised Release

Name of Offender: Benjamin Isaac Skinner                Case Number: 4:02-CR-008-01 (RRB)

Sentencing Judicial Officer:      Ralph R. Beistline, U.S. District Court Judge

Date of Original Sentence:      November 27, 2002

Original Offense:      Theft of Firearms in violation of 18 U.S.C. § 924(l)
Felon in Possession of Firearms in violation of 18 U.S. C. § 922(g)

Original Sentence:      68 months imprisonment, three years supervised release with
mandatory, standard and special conditions, $200 special assessment
and $5,720 restitution

Date Supervision Commenced:      July 18, 2007

Asst. U.S. Attorney: Stephen Cooper                Defense Attorney: Court appointed counsel

---

### PETITIONING THE COURT

[ ]    To issue a warrant-**The Court ordered the issuance of a warrant on September 26, 2007**
[ ]    To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervised release:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | The defendant has violated the Mandatory Condition of Supervision "The defendant shall not commit another federal, state or local crime", in that on or about April 14, 2008, at or near Fairbanks, Alaska, the defendant was convicted of Robbery 1-Armed with a Deadly Weapon. This violation is a Grade A violation. |

U.S. Probation Officer Recommendation:

The term of supervised release should be:

[X]    Revoked
[ ]    Extended for _____ year(s), for a total term of _____ years.

Respectfully submitted,

**REDACTED SIGNATURE**

*for* Toni M. Ostanik
U.S. Probation/Pretrial Services Officer
Date: April 18, 2008

Approved by:

# REDACTED SIGNATURE

Eric D. Odegard
Supervising U.S. Probation Officer

THE COURT ORDERS

[ ]  Other: **That the original Petition for Warrant filed with the U.S. District Court Clerk on September 27, 2007, be supplemented by this Petition.  The total number of violations from the original petition and the supplemental petition, is six.**

[ ]  *The WARRANT FOR ARREST be delivered to the U.S. Marshal's Service; and the petition, probation officer's declaration, and a copy of the warrant shall be sealed in the Clerk's file and disclosed only to the U.S. Attorney for their official use, until the arrest of the offender.*  The petition for supervised release revocation is referred to the Magistrate Judge for initial appearance/preliminary hearing(s).  The evidentiary hearing, if any, will be before the Magistrate Judge only upon consent; otherwise the evidentiary hearing will be before the undersigned District Court Judge.

[ ]  The issuance of a summons.  The Petition for Supervised Release revocation is referred to the Magistrate Judge for initial appearance/preliminary hearing(s).  The evidentiary hearing, if any, will be before the Magistrate Judge only upon consent; otherwise the evidentiary hearing will be before the undersigned District Court Judge.

**REDACTED SIGNATURE**

Ralph R. Beistline
U.S. District Court Judge

April 19, 2008
Date

**Supervised Release Cases:** Pursuant to 18.U.S.C. § 3401(I), the sentencing District Court may designate a Magistrate Judge to conduct hearings to modify, revoke, or terminate supervised release, including evidentiary hearings, and to submit to the Court proposed findings of facts and recommendations, including disposition recommendations.
**Probation Cases:** Pursuant to *United States v. Frank F. Colacurcio,* 84 F.3d 326, a Magistrate Judge has the authority to conduct a probation revocation hearing **only if** the following three conditions are satisfied: (1) the defendant's probation was imposed for a misdemeanor; (2) the defendant consented to trial, judgment, and sentence by a Magistrate Judge; and (3) the defendant initially was sentenced by a Magistrate Judge.  Therefore, a District Court **may not** designate a Magistrate Judge to conduct revocation hearings on probation cases where a District Court was the sentencing Court.

# United States District Court
for the
## DISTRICT OF ALASKA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | Case Number: 4:02-CR-008-01 (RRB) |
| | ) | **SUPPLEMENTAL** |
| vs. | ) | DECLARATION IN SUPPORT OF PETITION |
| | ) | |
| | ) | |
| BENJAMIN ISAAC SKINNER | ) | |

I, Toni M. Ostanik, am the U.S. Probation Officer assigned to supervise the Court-ordered conditions of Supervised Release for Benjamin Isaac Skinner, and in that capacity declare as follows:

On November 27, 2002, the defendant was sentenced by the Honorable Ralph R. Beistline, U.S. District Court Judge, for the convictions of Theft of Firearms in violation of 18 U.S.C. § 924(l) and Felon in Possession of Firearms in violation of 18 U.S.C. § 922(g). The defendant was sentenced to a total term of 68 months imprisonment, to be followed by a three year term of supervised release.

On September 27, 2007, a five count Petition for Warrant was filed with the Clerk, U.S. District Court.

On November 15, 2007, the defendant was indicted on a charge of Robbery in the First Degree, in violation of AS 11.41.500(a)(1) and AS 11.16.110. On or about August 30, 2007, at or near Fairbanks, Alaska, the defendant and co-defendant, Justin F. Thomerson, acting as a principals or accomplices, used or threatened the immediate use of force upon Micheal Gibson and Shannon Spader with intent to prevent or overcome resistance to the taking of the property, retention of the property after the taking, or to compel Michael Gibson and Shannon Spader to deliver the property or engage in other conduct which might aid in the taking of the property, and in the course thereof, or in immediate flight therefrom, was armed with or represented by words or other conduct that either the defendant or another participant was armed with a deadly weapon, a firearm.

All of which is a class A felony offense being contrary to and in violation of AS 11.41.500(a)(1) and AS 11.16.110 and against the peace and dignity of the State of Alaska.

On April 14, 2008, with representation from the Office of Public Advocacy, the defendant pled No Contest to the charge of Robbery in the First Degree-Armed with Deadly Weapon. The

Honorable Michael A. MacDonald, Superior Court Judge for the Superior Court of the State of Alaska, Fourth Judicial District at Fairbanks, sentenced the defendant to seven and a half years, with credit for time already served. Additionally, the court ordered the defendant pay a $100 police surcharge, a $200 fine with $100 suspended for a Correctional Facility surcharge, DNA identification and to pay restitution as ordered by the Court.

The defendant has been held in state custody since October 25, 2007.

Executed this 18th day of April, 2008, at Fairbanks, Alaska, in conformance with the provisions of 28 U.S.C. § 1746.

I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

**REDACTED SIGNATURE**

Toni M. Ostanik
U.S. Probation Officer