NELSON P. COHEN
United States Attorney

STEPHEN COOPER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska  99701
Phone:  (907) 456-0245
Fax: (907) 456-0577
Email: stephen.cooper@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| In the Matter of | ) | Case No. 4:02-cr-00008-01-RRB-JDR |
|---|---|---|
| | ) | |
| BENJAMIN ISAAC SKINNER, | ) | PETITION FOR WRIT OF HABEAS |
| | ) | CORPUS AD PROSEQUENDUM |
| On Writ of Habeas Corpus | ) | |
| | ) | |

TO:  The Honorable Judge of the United States District Court:

Your Petitioner respectfully shows:

BENJAMIN ISAAC SKINNER, who is imprisoned by the State of Alaska Department of Corrections, at Fairbanks Correctional Center, is a defendant in a certain cause now pending before this court, to wit: United States of America v. Benjamin Isaac Skinner, Case No. 4:02-CR-00008, which is necessary to schedule an arraignment/initial appearance.

WHEREFORE, Petitioner prays that the Clerk of this court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the State of

Alaska Department of Corrections to bring the said defendant before the court in Fairbanks, Alaska, for the hearing, as well as further proceedings, and to be returned to the State of Alaska Department of Corrections.

                                        NELSON P. COHEN
                                        United States Attorney

DATED: 6/11/2008            s/Stephen Cooper
                                        STEPHEN COOPER
                                        Assistant United States Attorney
                                        Federal Building & U.S. Courthouse
                                        101 12th Avenue, Room 310
                                        Fairbanks, Alaska  99701
                                        Phone:  (907) 456-0245
                                        Fax: (907) 456-0577
                                        Email: stephen.cooper@usdoj.gov