M. J. Haden
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Friend of the Court

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>BENJAMIN ISAAC SKINNER,<br><br>     Defendant. | Case No. 4:02-cr-0008-RRB-JDR<br><br>**UNOPPOSED MOTION FOR COUNSEL TO APPEAR TELEPHONICALLY AT INITIAL APPEARANCE**<br>(Filed on Shortened Time) |

Defendant, Benjamin Isaac Skinner, by and through M. J. Haden, Assistant Federal Defender, friend of the court, moves this court for permission for counsel to participate telephonically at the initial appearance scheduled in this matter for June 19, 2008, at 8:30 a.m.

///

///

///

///

///

DATED this 18th day of June, 2008.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Assistant Federal Defender
Alaska Bar No. 0607047
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on June 18, 2008, a copy of the foregoing document, with attachments, was served electronically on:

Stephen Cooper, Esq.

/s/ M. J. Haden