UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>BENJAMIN ISAAC SKINNER,<br><br>    Defendant. | Case No. 4:02-cr-0008-RRB-JDR<br><br>**PROPOSED<br>ORDER GRANTING<br>TELEPHONIC PARTICIPATION** |

    After due consideration of defendant's Unopposed Motion for Counsel to Appear Telephonically at Initial Appearance (Filed on Shortened Time), the court GRANTS the motion. Counsel shall participate telephonically in the initial appearance hearing by calling (907) _____.

    DATED _____, 2008, in Anchorage, Alaska.

                    _____
                      John D. Roberts
                  United States Magistrate Judge