MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. <u>BENJAMIN ISAAC SKINNER</u>   CASE NO.<u>4:02-CR-00008 RRB-JDR</u>
Defendant: <u>X</u> Present <u>X</u> In Custody

BEFORE THE HONORABLE: <u>           RALPH R. BEISTLINE            </u>

DEPUTY CLERK/RECORDER: <u>         LYNN GROVES-KELLEY           </u>

UNITED STATES' ATTORNEY: <u>         STEPHEN COOPER              </u>

DEFENDANT'S ATTORNEY: <u>         M.J. HADEN-APPOINTED/TELEPHONIC  </u>

U.S.P.O.: <u>                     TONI OSTANIK                </u>

PROCEEDINGS: INITIAL APPEARANCE ON PETITION AND SUPPLEMENTAL
            PETITION TO REVOKE SUPERVISED RELEASE(DKTS 70&71)
                                         HELD: 06/19/2008
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:30 a.m. court convened.

<u>X</u> Defendant sworn.

<u>X</u> Defendant advised of general rights, charges and penalties.

<u>X</u> Defendant stated true name: <u>BENJAMIN ISAAC SKINNER</u>

<u>X</u> Court questioned defendant orally re: Financial status;
Federal Public Defender accepted appointment. FPD notified.

<u>X</u> Defendant **DENIED** <u>allegations 1,2,3,4 and 5 of the Petition to Revoke Supervised Release and to allegation 6 of the Supplemental Petition to Revoke Supervised Release.</u>

<u>X</u> Consent to be filed within<u> 5 </u> days or case shall be
   transferred to a U.S. District Judge.

<u>X</u> Defendant detained. Order of Detention **FILED**.

<u>X</u> OTHER: <u>Court advised parties of dates available for evidentiary hearing if consent filed to proceed before U.S. Magistrate Judge</u>

At 8:40 a.m. court adjourned.

Date: <u> 06/19/2008 </u>         DEPUTY CLERK'S INITIALS: <u>   LGK    </u>

Revised 6-18-07