MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. BENJAMIN ISAAC SKINNER   CASE NO. 4:02-CR-00008-01 RRB
Defendant: X Present  X In Custody

BEFORE THE HONORABLE: RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER: LYNN GROVES-KELLEY

UNITED STATES' ATTORNEY: STEPHEN COOPER

DEFENDANT'S ATTORNEY: M.J. HADEN

U.S.P.O.: TONI OSTANIK

PROCEEDINGS: EVIDENTIARY HEARING ON PETITION TO REVOKE SUPERVISED RELEASE                             HELD: 7/11/2008
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:49 a.m. court convened, **RECORDED IN ANCHORAGE DUE TO POWER OUTAGE IN FAIRBANKS. ALL PARTIES IN FAIRBANKS COURTROOM 1 CALLING INTO COURTROOM 4 IN ANCHORAGE.**

 X Defendant **ADMITTED** allegation 6 of the Supplemental Petition to Revoke Supervised Release (dkt 71) filed April 21, 2008.

 X Court accepted admissions. Updated presentence report ordered.

**Disposition Hearing set for August 21, 2008 1:30 p.m., Fairbanks, Courtroom 1.**

At 10:57 a.m. court adjourned.

DATE: July 11, 2008    DEPUTY CLERK'S INITIALS: LGK

Revised 6-18-07