M. J. Haden
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Friend of the Court

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>BENJAMIN ISAAC SKINNER,<br><br>            Defendant. | Case No. 4:02-cr-0008-RRB<br><br>**UNOPPOSED MOTION ON SHORTENED TIME TO CONTINUE DISPOSITION HEARING** |

Defendant, Benjamin Isaac Skinner, by and through M. J. Haden, Assistant Federal Defender, friend of the court, moves this court on shortened time to continue the disposition hearing in the above-styled case currently scheduled for Friday, August 22, 2008, in Fairbanks, Alaska.  As it is the policy of the Federal Defender to appear in person for all sentencing/disposition hearings involving the possibility of incarceration, undersigned counsel requests that the hearing be scheduled at a time convenient to the court and counsel the following week.  Counsel is unavailable to travel to Fairbanks on Wednesday, August 27, 2008.

A continuance in this matter is necessary because counsel is already scheduled to be in Fairbanks on Tuesday, August 19, 2008 for an evidentiary hearing in United States v. Wubbold, 4:08-cr-15-RRB, and on Thursday, August 21, 2008, for trial by court in United States v. Seekins, 4:08-mj-14-DMS, and an initial appearance in United States v. Meyer, 4:08-cr-13 DMS.  The Office of the Federal Public Defender budgets for approximately one trip to Fairbanks per week.  In order to preserve economic resources and promote judicial economy, Mr. Skinner respectfully request that the hearing be rescheduled for the following week.

Assistant United States Attorney Stephen Cooper is unopposed to this motion.

DATED this 18th day of August, 2008.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Assistant Federal Defender
Alaska Bar No. 0607047
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on August 18, 2008, a copy of the foregoing document, with attachments, was served electronically on:

Stephen Cooper, Esq.

/s/ M. J. Haden

*United States v. Benjamin Isaac Skinner*
Case No. 4:02-cr-0008-RRB                                                                                                          Page 2