UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

                Plaintiff,

    vs.

BENJAMIN ISAAC SKINNER,

                Defendant.

Case No. 4:02-cr-0008-RRB

**PROPOSED
ORDER RESCHEDULING
DISPOSITION HEARING**

       After due consideration of defendant's unopposed motion on shortened time to continue disposition hearing, the court GRANTS the motion.

       The disposition hearing currently scheduled for Friday, August 22, 2008, is hereby vacated.  The disposition hearing is rescheduled for August, _____, 2008, at _____ a.m./p.m.

       DATED _____, 2008, in Anchorage, Alaska.


_____
          Ralph R. Beistline
      United States District Court Judge