NELSON P. COHEN
United States Attorney

STEPHEN COOPER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska  99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: Stephen.Cooper@usdoj.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 4:02-cr-00008-RRB |
| Plaintiff, | ) |
| vs. | ) |
| BENJAMIN ISAAC SKINNER, | ) |
| Defendant. | ) |

COMES NOW Plaintiff, the United States of America, and offers the

following statement regarding disposition on the revocation of defendant's

U.S. v. Skinner
4:02-cr-8-RRB

supervised release.

Plaintiff concurs in the recommendation of the Probation Office, for a 2-year sentence, to run consecutively to defendant's present undischarged term of imprisonment for his state court robbery conviction, and concurs that no supervision should follow.

Plaintiff does not see the need to offer testimony or other evidence unless necessitated by matters arising at the hearing.

Accordingly, it is unnecessary to deal with the complexities of changes in the sentencing provisions as resolved in other circuits in cases like this, where supervised release is revoked as to an offense originally sentenced before the latest amendments to the statutes governing disposition options.

Plaintiff does take issue with defendant's recommendation for a concurrent sentence with the state robbery sentence. While it is true that 18 U.S.C. § 3584(a) allows the Court discretion in this area, concurrent terms would frustrate the

purpose of revoking supervised release, rendering it in effect a nullity. Defendant's original offenses herein, of stealing and possessing firearms by a convicted felon occurred in the context of several burglaries, some of which defendant simply called "car-hopping". These indicated that defendant represented a serious threat to the peace and safety of the community, and his subsequent failure on supervised release, by committing armed robbery, has confirmed that fact.

The Sentencing Guidelines are advisory, but represent in the present context a clear and well-justified position that counsels consecutive sentences:

> It is the policy of the Commission that the sanction imposed upon revocation is to be served consecutively to any other term of imprisonment imposed for any criminal conduct that is the basis of the revocation.

U.S.S.G. Ch. 7, Part B, Introductory Commentary to § 7B1.1. This position is all the more strongly indicated when the underlying conduct is more serious, as it is here in the case of a Grade A violation of supervised release.

Sentence should be entered as recommended by the Probation Officer.

RESPECTFULLY SUBMITTED this  27th   day of August, 2008, at Fairbanks, Alaska.

        NELSON P. COHEN
        United States Attorney

         s/Stephen Cooper
        STEPHEN COOPER
        Assistant United States Attorney
        Federal Building & U.S. Courthouse
        101 12th Avenue, Room 310
        Fairbanks, Alaska  99701
        Phone: (907) 456-0245
        Fax: (907) 456-0577
        Email: Stephen.Cooper@usdoj.gov
        Alaska #6911028

**CERTIFICATE**
I certify that a true and correct copy of the foregoing
is being sent to the following counsel of record on the filing
date, via court's electronic filing notice:

M. J. Haden
Anchorage, Alaska

  /s/ Stephen Cooper
Office of the United States Attorney