

UNITED STATES DISTRICT COURT
District of Alaska

AUG 29 2008

CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

| UNITED STATES OF AMERICA, | **AMENDED JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| vs. | (For Revocation of Probation or Supervised Release) |
|  | For Offenses Committed On or After November 1, 1987 |
| BENJAMIN I. SKINNER, | (Original Judgment filed 12/3/2002) |
|  | Case Number: 4:02-CR-00008 RRB-JDR |
|  | M.J. Haden |
|  | Defendant's Attorney |

Defendant's probation officer filed a petition on September 28, 2007 and a Supplemental petition on April 21, 2008 accusing defendant of 6 violations of the conditions of supervision provided in the original judgment. Defendant ADMITTED allegation 6 of the Supplemental Petition; allegations 1-5 are dismissed. All necessary hearings have been conducted. The court finds that the following violations are proved:

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 6 | Standard | Conviction for Robbery 1 | 8/31/07 | A |

The court finds that the following accusations are not proved: _____.
The court concludes that the conditions of supervision set forth in the court's original judgment are subject to [_] modification or [_] revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided in pages 2 through _____ of this amended judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

August 28, 2008
~~Date of Disposition~~ Hearing

Redacted Signature
Signature of Judicial Officer
RALPH R. BEISTLINE, U.S. DISTRICT JUDGE
Name & Title of Judicial Officer

August 29, 2008
Date

AO245.REV

Defendant: BENJAMIN I. SKINNER  Amended Judgment--Page 2 of 6
Case No.: 4:02-CR-00008 RRB-JDR

**IMPRISONMENT ON REVOCATION OF SUPERVISED RELEASE/PROBATION**

Defendant's supervised release having been revoked, the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 2 years consecutive to State case 4FA-08-3824 CR. No supervised release to follow.

[X] The court makes the following recommendations to the Bureau of Prisons:
1. Court strongly recommends the 500 hour Drug and Alcohol Program (DAP)
2. Court recommends placement at Bennettsville, South Carolina.

[X] The defendant is remanded to the custody of the United States Marshal.
[_] The defendant shall surrender to the United States Marshal for this district,
    [_] at _____ a.m./p.m. on _____.
[_] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
    [_] before 2 p.m. on _____.
    [_] as notified by the United States Marshal.
    [_] as notified by the probation office.

**RETURN**

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

United States Marshal

By _____
Deputy Marshal

AO245.REV

```
DEFENDANT:      BENJAMIN I. SKINNER
CASE NUMBER:    4:02-CR-00008 RRB-JDR
DISTRICT:       ALASKA
```

## STATEMENT OF REASONS

### (Not for Public Disclosure)

| | |
|---|---|
| Soc. Sec. No.: **REDACTED** | August 28, 2008 |
| Date of Birth: | Date of Disposition Hearing |
| | **REDACTED SIGNATURE** |
| Residence Address: Fairbank Correctional Center | Signature of Judge |
| 1931 Eagan Drive | |
| Fairbanks, Alaska 99701 | RALPH R. BEISTLINE, U.S. DISTRICT JUDGE |
| Mailing Address: | Name and Title of Judge |
| | August 29, 2008 |
| | Date Signed |

AO245.REV